# DECISIONS IN CASES NOT REPORTED.

## Fourth Department, July Term, 1894.

Richard L. Austin, Respondent, v. Fonda Lake Paper Company and Others, Appellants.— Order affirmed.

Esther Y. McCarthy, Respondent, v. Eugene McCarthy, Appellant.

Esther Y. McCarthy, Respondent, v. Eugene McCarthy and Others, Appellants.— Order affirmed, with ten dollars costs and disbursements.

Mary E. Becraft, as Administratrix, etc., Respondent, v. The New York Central and Hudson River Railroad Company, Appellant. — Judgment and order affirmed, with costs.

Ellis H. Roberts & Co., Plaintiff, v. Patrick F. Bulger, Assignee, etc., Respondent; George W. Vietor and Others, Appellants.— Order so far as appealed from reversed as to the appellants, with ten dollars costs and disbursements, without prejudice to an application by the assignee for an allowance for expenses incurred.

Harvey Joyce, Appellant, v. The Rome, Watertown and Ogdensburg Railroad Company, Respondent.— Judgment and order reversed and a new trial ordered, with costs to abide the event.—

Per Curiam: Under the ruling in *Bailey* v· *Rome, W. & O. R. R. Co.* (139 N. Y. 302) the duty rested upon the defendant to cause a proper inspection of the cars before they left Oswego. There was evidence tending to show that the appliances for coupling were defective; that there was an improper play of the drawhead of from one to three inches. Whether this contributed to the injury, and whether it existed when the train left Oswego and might by proper inspection have been discovered and remedied, were questions of fact for the jury. So was the question of contributory negligence. (See *Goodrich* v. *N. Y. C. & H. R. R. R. Co.*, 116 N. Y. 398, 404; *Ellis* v. *N. Y., L. E. & W. R. R. Co.*, 95 id. 546.) We think the case should have been submitted to the jury. Judgment and order reversed and new trial ordered, costs to abide the event. Present — Hardin, P. J., Martin and Merwin, JJ.

Ira C. Blasier, Appellant, v. The New York Central and Hudson River Railroad Company, Respondent.— Judgment affirmed, with costs.

---

## Third Department, July Term, 1894.

Frank H. Pettee v. Mary H. Pettee.— Motion for leave to go to the Court of Appeals denied, with ten dollars costs. No opinion.

The Ludlow Valve Manufacturing Company, Appellant, v. The New York City District Water Supply Company and Moses Crow, Respondents.— Order affirmed, with ten dollars costs and printing and other disbursements. No opinion.

Arthur R. Peck, Appellant, v. Johanna Dieterich and Another, as Executors, etc., Respondents.— Judgment affirmed, with costs.—
Mayham, P. J.: While the order for the cash register, signed by the defendant, referred to a sample machine exhibited to him at the time of signing the same, it also contained a provision that the register was to be delivered in good working condition. There was evidence before the jury from which they could reasonably find that that provision of the order was not complied with. The jury having reached that conclusion by their verdict, we think the County Court was right in affirming the judgment entered upon this verdict, within section 3063 of the Code of Civil Procedure. Judgment affirmed, with costs. Putnam and Herrick, JJ., concurred.

M. Francis Wager, Respondent, v. Thomas B. Link and Others, Appellants.— Judgment affirmed, with costs.—
Herrick, J.: The decision of the Court of Appeals (134 N. Y. 126) upon the former appeal in this action, it seems to me, disposes of all there is in this case. The case is the same in all essential particulars now as it was when it was before the court before. The judgment should be affirmed. Mayham, P. J., and Putnam, J., concurred.

Stephen Smith, as Executor, and Kathleen Ryder, as Executrix of the Last Will and Testament of Erastus D. Culver, Deceased, Appellants, v. The Town of Greenwich, Respondent. (No. 2.) — Judgment affirmed, with costs.

John T. Williams, Respondent, v. Calvin Dater, Appellant,— Judgment affirmed, with costs. No opinion.

In the Matter of the Voluntary Dissolution of the National Electric Manufacturing and Construction Company of New York.— Order affirmed, with ten dollars costs and printing and other disbursements. No opinion.

Herbert Waring, Appellant, v. The President, Managers and Company of the Delaware and Hudson Canal Company, Respondent.— Judgment affirmed, with costs. No opinion.

Hiram Tompkins, Respondent, v. Cornelius Sheehan, Appellant.— Reargument ordered. No opinion.

Catherine A. Garlock, Respondent, v. Valentine O. Garlock, Appellant.— Order affirmed, with ten dollars costs and printing and other disbursements.—
Mayham, P. J.: On a careful examination of the record on this motion, we can find no legal ground for reversal of the order made at the Special Term, from which this appeal is taken. Order affirmed, with ten dollars costs and printing disbursements. Putnam and Herrick, JJ., concurred.

In the Matter of Proving the Last Will, etc., of William O'Brien and the Judicial Settlement of the Accounts of Thomas O'Brien and Others, as Executors, etc.— Decree affirmed, without costs. No opinion.

Philemon Heath, as Administrator, Appellant,